**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SANTANDER BANK, N.A. f/k/a SOVEREIGN
BANK, N.A.,

                          Plaintiff,

     -against-                                      **ORDER**

                                                           CV 17-4741 (AKT)

VANGUARD FUNDING LLC and
BRIAN S OFSIE, Individually,

                          Defendants.
-----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court has received Plaintiff's letter request to lift the stay in this action against Defendant Brian S. Ofsie.  *See* DE 37.  In light of docket sheet Plaintiff provided from the Bankruptcy Court demonstrating that the bankruptcy action was closed as of December 6, 2019 [DE 37-1], the Court is hereby lifting the stay previously entered with regard to Defendant Brian S. Ofsie.  The Court further directs the parties to meet-and-confer and provide the Court with a status report as to what discovery remains to be completed in this action by August 14, 2020.

                                                                 **SO ORDERED:**

Dated: Central Islip, New York
         July 24, 2020

                                                        /s/ A. Kathleen Tomlinson
                                                        A. KATHLEEN TOMLINSON
                                                        United States Magistrate Judge